IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Alisha Waldrop,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>TD Bank N.A.,<br><br>　　　　Defendant. | C/A No. 3:15-cv-4776-JFA<br><br><br>**ORDER** |

This matter is before the Court pursuant to Plaintiff's motion to serve a third party subpoena (ECF No. 9). The Court is informed that Defendant has no objections to this motion. It is therefore **ORDERED** that the motion to serve a third party subpoena is **GRANTED**.

**IT IS SO ORDERED.**

February 24, 2016
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge